UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------X
UNITED STATES OF AMERICA            :
                                    :
v.                                  :   No. 3:12-cr-00017 (AWT)
                                    :
DAVID CARI                          :
------------------------------------X

**VERDICT FORM**

**Part I.**

   As to the charges set forth in the Superseding Indictment against defendant David Cari, we the Jury unanimously find:

   **A.** On Count One, conspiracy to violate constitutional rights:

   _____ Not Guilty        ✓ Guilty

   **B.** On Count Eleven, deprivation of a constitutionally protected right:

   _____ Not Guilty        ✓ Guilty

   **C.** On Count Twelve, obstruction of justice:

   _____ Not Guilty        ✓ Guilty


   **PROCEED TO PART II.**


Court Exhibit 5  12cr117  10/17/13

1

**Part II.**

You have now completed your deliberations. Please sign and date this form.

Dated at Hartford, Connecticut, on this 21st day of October, 2013 at 2:30 a.m./p.m.

_____
Foreperson